IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RICHARD CURTIS ROGERS,            )
                                  )
    Plaintiff,                    )
                                  )     NO. 3:18-cv-01388
v.                                )     JUDGE RICHARDSON
                                  )
SOUTHERN HEALTH PARTNERS,         )
                                  )
    Defendant.                    )
                                  )

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 31), to which no Objections have been filed.

The failure to object to a report and recommendation releases the Court from its duty to independently review the matter. *Frias v. Frias*, No. 2:18-cv-00076, 2019 WL 549506, at *2 (M.D. Tenn. Feb. 12, 2019); *Hart v. Bee Property Mgmt.*, Case No. 18-cv-11851, 2019 WL 1242372, at *1 (E.D. Mich. March 18, 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The district court is not required to review, under a *de novo* or any other standard, those aspects of the report and recommendation to which no objection is made. *Ashraf v. Adventist Health System/Sunbelt, Inc.*, 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018); *Benson v. Walden Security*, Case No. 3:18-cv-0010, 2018 WL 6322332, at *3 (M.D. Tenn. Dec. 4, 2018). The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *Id.*

The Court has reviewed the Report and Recommendation, and the Report and Recommendation is adopted and approved. Accordingly, this action is **DISMISSED without prejudice**, pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute, and the Clerk is directed to

close the file. Consequently, Defendant's Motion for Summary Judgment (Doc. No. 24) is **DENIED** as moot. This Order shall constitute final judgment for purposes of Fed. R. Civ. P. 58.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE